that if the contract was a blank as to compensation for the services of the plaintiff, the plaintiff was entitled as matter of law to recover the reasonable value of her services.   All concurred.

W. JEFFERSON HAYES, Respondent, v. TOWN OF ASHFORD, Appellant.— Judgment affirmed, with costs.   All concurred.

SAMUEL W. LUITWIELER, as a Director, etc., Appellant, v. WILLIAM LIVINGSTON and Others, Respondents.— Judgment affirmed, with costs. All concurred.

EDWARD P. HARTNETT, Respondent, v. MARY E. HUDSON, Appellant, Impleaded with Others.— Appeal dismissed unless appellants shall file and serve briefs by November twenty-seventh.

CITY OF BUFFALO, Respondent, v. HAMBURG RAILWAY COMPANY and Others, Appellants.— Appeals dismissed, without costs, upon stipulation filed.

ANNA WILLIAMS, Appellant, v. THE CITY OF BUFFALO, Respondent.— Motion granted and appeal dismissed, with costs.

ELIZABETH GIBLIN, Appellant, v. THE CITY OF BUFFALO, Respondent.— Motion granted and appeal dismissed, with costs.

In the Matter of the Voluntary Dissolution of L. SLOTKIN & Co., a Corporation.— Motion granted and appeal dismissed.

CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN RAILROAD COMPANY and Others, Respondents. CENTRAL TRUST COMPANY OF NEW YORK and Others, Appearing Specially, etc., Appellants.— Motion for leave to appeal to Court of Appeals granted and question for review certified.

CENTRAL TRUST COMPANY OF NEW YORK, Plaintiff, v. PITTSBURGH, SHAWMUT AND NORTHERN RAILROAD COMPANY and Others, Respondents. CENTRAL TRUST COMPANY OF NEW YORK and Others, Appearing Specially, etc., Appellants.— Motion for leave to appeal to Court of Appeals granted and question for review certified.

TERESA PILO, as Administratrix, etc., Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Application of NORMAN R. PAWLEY, Appellant, as Executor, etc., of ELIZABETH ANN PAWLEY, Deceased, for a Discovery against J. FRED EVANS, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

STEPHEN A. BUTTS, as Administrator, etc., Respondent, v. CHARLES E. ELLIS, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event.   Held, 1. That the verdict is against the weight of the evidence as to the finding that the defendant sold wood alcohol or that the deceased came to his death from wood alcohol poisoning.   2. That evidence of the witness Alverson as to conversations had with Dr. Buchanan was improperly admitted.   All concurred, De Angelis, J., upon the last ground stated only, except Foote, J., who dissented and voted for affirmance.

AQUILA S. FERRAINOLO, Appellant, v. THE WEST END BREWING COMPANY and Another, Respondents.— Judgment affirmed, with costs.   All concurred.